UNITED STATES DISTRICT COURT

_____EASTERN_____  **District of**  _____CALIFORNIA_____

| | |
|---|---|
| PAULA CHRISTENSEN,<br>    Plaintiff<br><br>             V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>    Defendant | **ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PREPAYMENT OF FEES**<br><br><br>CASE           1:10-AT-00976 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X    GRANTED.

    X    The clerk is directed to file the complaint.

    X    IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐    DENIED, for the following reasons:

_____

_____


ENTER this    2nd    day of    December   ,   2010   .


                                              /s/ Sandra M. Snyder
                                        Signature of Judicial Officer

                        SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
                                   Name and Title of Judicial Officer